

**GALLET DREYER & BERKEY, LLP**

Eugene H. Goldberg, Esq.
EHG@gdblaw.com

October 17, 2019

**BY ECF**
United States District Court Judge Denise Cote
Chambers
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Fair Housing Center Inc. v. Bruckner Tower LLC, et al.
              (USDC SDNY) (DLC) (Magistrate Judge KNF)
              19 CV 08622

Honorable Judge Cote:

      Defendants Fischer and Makooi Architects PLLC and Defendant Karl Fischer Architects PLLC hereby pray for an order extending their time to appear, answer, or make any motion as to the complaint in this civil action. A copy of a stipulation to this effect accompanies.

      The stipulation recites that Plaintiff consents, that the Defendants' time is extended from October 16, 2019 until November 18, 2019, and that this is the first extension granted.

      Defendants accordingly pray that the Court so order grant this stipulation.

                                    Respectfully submitted,

                                    Gallet Dreyer & Berkey. LLP

                                    By: _____
                                          Eugene H. Goldberg

cc:    Via ECF
       Glen H. Parker, Esq.

01094713.DOCX;1