# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2019

November 13, 2019

Via ECF
The Honorable Denise L. Cote
United States District Judge
Southern District of New York

    **Re:**    *Fair Housing Justice Center, Inc. v. Bruckner Tower LLC, Carnegie Management Inc., Karl Fischer Architecture PLLC and Fischer + Makooi Architects PLLC*

        **Docket No. 1:19-cv-08622 (DLC)(KNF)**

Dear Judge Cote:

    We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to adjourn the November 22, 2019 conference to a date in January 2020. The reason for this request is because defendants Bruckner Tower LLC and Carnegie Management Inc. have not yet appeared in this action. Plaintiff's counsel has been in communication with the corporate counsel for these nonappearing defendants who has advised that they will be retaining an attorney shortly to make an appearance. Counsel for defendants Karl Fischer Architecture PLLC and Fischer + Makooi Architects PLLC consent to this application and have also advised that they may have different counsel appear in this action on their behalf. Accordingly, plaintiff respectfully ask the Court to adjourn the conference in order for all the defendants to appear in this action and participate in the initial conference. This is the first application by plaintiff to adjourn this conference.

    Thank you for your time and attention to this matter. With kindest regards, I am

        very truly yours,

        /s/
        Glen H. Parker, Esq.

*[Handwritten note:]* These defendants are in default. If they do not request an extension of the time to answer by 11/18/19, the plaintiff shall move for a default by 11/22/19. The conference is adjourned to 1/10/20 at 11:30 am.

*/s/ Denise Cote*
11/13/19