UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.

                        Plaintiff,

- against -	**STIPULATION EXTENDING**
                                                                 **TIME TO ANSWER OR MOVE**

BRUCKNER TOWER LLC, CARNEGIE
MANAGEMENT INC., KARL FISCHER
ARCHITECTURE PLLC, AND FISCHER + MAKOOI   19 Civ. 08622 (DLC)(KNF)
ARCHITECTS PLLC,

                        Defendants.
------------------------------------------------------------------X

        The time for Defendant Fischer + Makooi Architects PLLC to answer or file a motion with respect to the complaint is hereby extended from November 18, 2019 to December 18, 2019.

        Plaintiff and Fischer + Makooi Architects PLLC hereby consent to electronic service of all documents per Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

Dated: White Plains, New York
         November 18, 2019

| PARKER HANSKI LLC | MILBER MAKRIS PLOUSADIS & SEIDEN, LLP |
|---|---|
| By: _____ | By: _____ |
| Glen H. Parker, Esq. | Jeffrey J. Fox, Esq. |
| 40 Worth Street, 10th Floor | 709 Westchester Avenue, Suite 300 |
| New York, NY 10013 | White Plains, New York 10604 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Fair Housing Justice Center, Inc.* | *Fischer + Makooi Architects PLLC* |

_____
U.S.D.J.