USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Docket No. 1:19-cv-08622
                                                                (DLC)(KNF)
FAIR HOUSING JUSTICE CENTER, INC.,

                              Plaintiff,

- against -

BRUCKNER TOWER LLC, CARNEGIE                    **STIPULATION EXTENDING**
MANAGEMENT INC., KARL FISCHER                   **TIME TO ANSWER**
ARCHITECTURE PLLC AND FISCHER + MAKOOI
ARCHITECTS PLLC
                            Defendants.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the plaintiff and counsel for defendants Bruckner Tower LLC and Carnegie Management Inc. that:

1. the deadline for the defendants Bruckner Tower LLC and Carnegie Management Inc. to move, answer, or otherwise respond to the Complaint in the above-captioned action is hereby extended to January 17, 2020; and
2. the parties hereby consent to service of all documents by electronic means, pursuant to Rule 5(b) of the Federal Rules of Civil Procedure.

Dated: December 16, 2019
New York, New York

| **PARKER HANSKI LLC** | **DERFNER & GILLETT, LLP** |
|---|---|
| By: _____ | By: _____ |
| Glen Parker, Esq. | Donald A. Derfner, Esq. |
| Attorneys for Plaintiff | Attorneys for the defendants |
| 40 Worth Street, 10th Floor | Bruckner Tower LLC and Carnegie |
| New York, New York 10013 | Management Inc |
| (212) 248-7400 | 60 East 42nd Street, Suite 2527 |
| (212) 248-5600 | New York, New York 10165 |
| ghp@Parkerhanski.com | (212) 697-8100 telephone |
| | (212) 681-9122 fax |
| | dderfner@derfnergille |

SO ORDERED: _____
            **DENISE L. COTE, U.S.D.J.**

*The extension is granted to 1/7/20.*

*/s/ Denise Cote*
*12/16/19*