UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FAIR HOUSING JUSTICE CENTER, INC.

                              Plaintiff,

      v.

BRUCKNER TOWER LLC, CARNEGIE MANAGEMENT INC., KARL FISCHER ARCHITECTURE PLLC AND FISCHER + MAKOOI ARCHITECTS PLLC

                           Defendants.
-------------------------------------------------------------x

Docket No. 1:19-cv-08622
(DLC)(KNF)

[PROPOSED]

**SECOND AMENDED PRETRIAL SCHEDULING ORDER**

DENISE COTE, District Judge:

The following schedule shall govern the further conduct of pretrial proceedings in this case:

1. Expert inspection of 25 Bruckner Boulevard shall occur **on or before August 28, 2020.**

2. Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., must occur **by September 30, 2020.**

3. Any dispute concerning the following schedule must be raised with the Court through a letter filed **by October 9, 2020.**

4. Consensual remediation of 25 Bruckner Boulevard shall be completed **by January 29, 2021.**

5. Any reinspection of 25 Bruckner Boulevard following remediation shall occur during **February 2021**.

6. This case will be referred to mediation, to occur in **March 2021.** The Clerk of Court will contact the parties when a mediator has been selected.

**SO ORDERED:**

Dated: New York, New York

     May 14, 2020

_____
DENISE COTE
United States District Judge