UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
FAIR HOUSING JUSTICE CENTER, INC.,        :
                                          :
                         Plaintiff,       :
                                          :    19cv8622 (DLC)
            -v-                           :
                                          :    ORDER
BRUCKNER TOWER LLC, CARNEGIE              :
MANAGEMENT INC., KARL FISCHER             :
ARCHITECTURE PLLC, and FISHER + MAKOOI    :
ARCHITECTS PLLC,                          :
                         Defendants.      :
                                          :
----------------------------------------- X

DENISE COTE, District Judge:

    On October 6, 2020, plaintiff's counsel requested a conference to resolve a discovery dispute regarding the plaintiff's expert inspection of the defendants' residential apartment complex. The defendants filed two separate responses on October 8. In their letters, the parties noted numerous difficulties that the ongoing COVID-19 pandemic poses for in person inspections. Accordingly, it is hereby

    ORDERED that all discovery is stayed until **May 1, 2021**.

    IT IS FURTHER ORDERED that the parties shall attempt to agree on a new schedule for inspections and provide a proposal to the Court no later than **May 3, 2021**.

    IT IS FURTHER ORDERED that any inspection should be conducted jointly.

    IT IS FURTHER ORDERED that the defendants' request that the

plaintiff's expert sign an agreement to indemnify them for any COVID-19 related liability is denied.

IT IS FURTHER ORDERED that the plaintiff's expert will not be required to provide a video feed of his or her inspection to the defendants or their expert.

IT IS FURTHER ORDERED that any objection to an inspection being conducted due to a public health emergency must be made in good faith.

Dated:  New York, New York
        October 9, 2020

_____
DENISE COTE
United States District Judge