# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:      212.248.5600
ghp@parkerhanski.com

June 20, 2022

Via ECF

The Honorable Denise L. Cote
United States District Judge
Southern District of New York

      **Re:**   *Fair Housing Justice Center, Inc. v. Bruckner Tower LLC, Carnegie Management Inc., Karl Fischer Architecture PLLC and Fischer + Makooi Architects PLLC*

          **Docket No. 1:19-cv-08622 (DLC)(KNF)**

Dear Judge Cote:

    We represent the plaintiff in the above-entitled action and we are pleased to report that Plaintiff has retained a new expert. We write to respectfully ask the Court to extend the deadline for the parties to submit a letter explaining any unresolved disputes regarding the inspection from June 22, 2022 to June 29, 2022; and to adjourn the June 24, 2022 in-person conference to July 6 or 8, 2022[1] or to a date thereafter convenient to the Court. Defendants consent to this application. The reason for this request is because plaintiff's expert is reviewing the documents in order to make a determination as to the necessary scope of the inspection (i.e. common areas and representative apartments).

    Accordingly, extending the deadline to submit a dispute letter will provide the parties and their experts with time to meet and confer to agree on and/or narrow the issues relating to the scope of the inspection. **Importantly, granting this extension should not impact the ultimate inspection deadline because plaintiff fully expects to be able to complete this expert inspection by the current August 26, 2022 deadline.**

    Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.

*[Handwritten annotation by Judge Cote, 6/21/22: The letter may be submitted June 29. The conference is adjourned to July 15 at 1:30 pm. /s/ Denise Cote 6/21/22]*

---

[1] Plaintiff's counsel is out of town from June 28 to July 1 and is thus unable to appear for an in person conference during that time but could appear telephonically. There may be no need to for this in person conference as it is to be occur "in the event that there are unresolved inspection issues." (See ECF Document #76).