UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
FAIR HOUSING JUSTICE CENTER, INC.,       :
                                         :
                         Plaintiff,      :
            -v-                          :        19cv8622 (DLC)
                                         :
BRUCKNER TOWER LLC, CARNEGIE             :          ORDER
MANAGEMENT INC., KARL FISCHER            :
ARCHITECTURE PLLC, and FISHER + MAKOOI   :
ARCHITECTS PLLC,                         :
                         Defendants      :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    A memo endorsement of June 21, 2022 directed the parties to submit by June 29 a letter explaining any unresolved disputes regarding an inspection that need to be addressed by the Court. Having received no letter, it is hereby

    ORDERED that the conference scheduled for July 15 is adjourned sine die.

Dated:    New York, New York
          July 13, 2022

                                                 DENISE COTE
                              United States District Judge