```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
FAIR HOUSING JUSTICE CENTER, INC.,       :
                                         :
                     Plaintiff,          :
              -v-                        :         19cv8622 (DLC)
                                         :
BRUCKNER TOWER LLC, CARNEGIE             :            ORDER
MANAGEMENT INC., KARL FISCHER            :
ARCHITECTURE PLLC, and FISHER + MAKOOI   :
ARCHITECTS PLLC,                         :
                     Defendants.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 5, 2022, defendants Bruckner Tower LLC and Carnegie Management, Inc. requested a conference. It is hereby

ORDERED that a conference is scheduled for **December 7, 2022** at **3:00 P.M.** in Courtroom 18B, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         December 5, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　United States District Judge