

733 Third Avenue
New York, New York 10017
212.867.6000
Fax 212.551.8484
www.rosenbergestis.com

Cori A. Rosen
212-551-8401
crosen@rosenbergestis.com

August 18, 2023

**VIA ECF**

The Honorable Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Room 18B
New York, New York 10007

    Re:    *Fair Housing Justice Center, Inc. v. Bruckner Tower LLC, et al.* 19-cv-08622-DLC (the "**Action**") Letter Motion Requesting to Adjourn Mediation Scheduled for August 22, 2023 at 10:30 a.m. (the "**Mediation**")

Your Honor:

    This law firm represents defendants, Bruckner Tower LLC and Carnegie Management Inc. (collectively, "**Building Defendants**") in the above-referenced Action. I was only retained as co-counsel to the Building Defendants on Thursday, August 17, 2023, and I have longstanding plans to be away with my family from August 20th through September 4th. As such, I respectfully request that above referenced Mediation, presently scheduled for August 22, 2023 at 10:30 a.m. be adjourned to an agreeable date after September 11, 2023, or by approximately three (3) weeks, to allow me to familiarize myself with the pertinent details in advance thereof and due to my inability to be physically present on the 22nd. In accordance with Your Honor's Individual Practices Rule No. 1(E), I provide the following: (1) the original Mediation was scheduled for July 14, 2023; (2) there was one (1) prior request to adjourn the Mediation; (3) the prior request was granted, adjourning the Mediation to August 22, 2023; (4) all parties have provided their consent my requested adjournment. I have left a voice-message with the mediator to advise of the request. There are no upcoming deadlines in the Action.

Granted.
8/18/23

*/s/ Denise Cote*

Respectfully Submitted,

*/s/ Cori A. Rosen*

Cori A. Rosen

RE\26098\0001\5183187v1