UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
FAIR HOUSING JUSTICE CENTER, INC.,     :    19cv8622 (DLC)
                                       :
                    Plaintiff,         :    ORDER
          -v-                          :
                                       :
BRUCKNER TOWER LLC, CARNEGIE           :
MANAGEMENT INC., KARL FISCHER          :
ARCHITECTURE PLLC, and FISHER + MAKOOI :
ARCHITECTS PLLC,                       :
                                       :
                    Defendants.        :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

   The Joint Pretrial Order having been filed on November 10, 2023, and the Court having received courtesy copies of only a subset of the pretrial filings, it is hereby

   ORDERED that the parties shall provide two courtesy copies of <u>all</u> filed pretrial documents, except that only one hard copy set of documentary exhibits is required.

Dated:    New York, New York
          November 21, 2023

                                  _____
                                          DENISE COTE
                                  United States District Judge