UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                       :        19cv8622 (DLC)
FAIR HOUSING JUSTICE CENTER, INC.,     :
                                       :
                      Plaintiff,       :             ORDER
            -v-                        :
                                       :
BRUCKNER TOWER LLC, CARNEGIE           :
MANAGEMENT INC., KARL FISCHER          :
ARCHITECTURE PLLC, and FISHER + MAKOOI :
ARCHITECTS PLLC,                       :
                                       :
                      Defendants.      :
                                       :
------------------------------------- X

DENISE COTE, District Judge:

    On November 10, 2023, the parties submitted the pre-trial

documents in this case.  On November 15, more than four years

after the filing of the initial complaint, the plaintiff moved

to amend its complaint.  An Order of December 7, 2022 had set a

schedule for reinspection of the subject building and subsequent

referral to mediation to clarify the specific violations alleged

by plaintiff.  The mediation did not occur.  Because it is not

clear from the record which issues of fact remain in dispute, it

is hereby

    ORDERED that a conference is scheduled for December 12,

2023 at 2:30 P.M in Courtroom 18B at the United States

Courthouse, 500 Pearl Street, New York, New York, 10007.

    IT IS FURTHER ORDERED that the parties shall bring to the

conference all trial exhibits, expert reports, and other pre-
trial documents.


Dated:      New York, New York
            December 1, 2023

                            _____
                                    DENISE COTE
                        United States District Judge