```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :    19cv8622 (DLC)
FAIR HOUSING JUSTICE CENTER, INC.,       :
                                         :         ORDER
                         Plaintiff,      :
                                         :
              -v-                        :
                                         :
BRUCKNER TOWER LLC, CARNEGIE             :
MANAGEMENT INC., KARL FISCHER            :
ARCHITECTURE PLLC, and FISHER + MAKOOI   :
ARCHITECTS PLLC,                         :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on December 12, 2023, it is hereby

    ORDERED that the plaintiff's motion to amend the complaint is denied.

    IT IS FURTHER ORDERED that the plaintiff's motion to preclude the testimony of Architect Defendants' expert Frederic Zonsius and trial exhibits DX12 and DX13 is denied.

    IT IS FURTHER ORDERED that the motion by defendants Bruckner Tower, LLC and Carnegie Management Inc. to limit

evidence to allegations in the complaint is denied.

Dated:   New York, New York
         December 12, 2023

                                                DENISE COTE
                                United States District Judge