```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                       :      19cv8622 (DLC)
                                       :
FAIR HOUSING JUSTICE CENTER, INC.,     :
                                       :
                         Plaintiff,    :      ORDER
             -v-                       :
                                       :
BRUCKNER TOWER LLC, CARNEGIE           :
MANAGEMENT INC., KARL FISCHER          :
ARCHITECTURE PLLC, and FISHER + MAKOOI :
ARCHITECTS PLLC,                       :
                                       :
                         Defendants.   :
                                       :
------------------------------------- X
```

DENISE COTE, District Judge:

On November 10, 2023, the parties submitted the pre-trial documents in this case. Among those documents was a motion in limine by defendants Bruckner Tower, LLC and Carnegie Management Inc. ("Owner Defendants") to preclude the plaintiff from proffering evidence of monetary damage. Plaintiff opposed that motion on November 19. A conference was held on December 12, and a Pretrial Scheduling Order of the same date directed the plaintiff to produce an itemized calculation of its attorneys' fee request, with supporting documentation, by January 5, 2024. The December 12 Order also directed the plaintiff to provide documentation supporting the actual damages referenced in plaintiff's supplemental disclosures by January 10.

On January 18, the defendants submitted a joint letter

requesting that the Court grant the motion in limine regarding evidence of monetary damages.  The letter states that the documentation of the attorneys' fee request provided on January 5 was insufficient; that plaintiff had missed the January 10 deadline to provide documentation of actual damages; and that upon reminder from the defendants, plaintiff provided insufficient documentation.  Accordingly, it is hereby

ORDERED that any response to the defendants' January 18 letter shall be filed by 10:00 A.M. on January 22, 2024.

Dated:      New York, New York
            January 19, 2024

                                    _____
                                         DENISE COTE
                                  United States District Judge

2