UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
FAIR HOUSING JUSTICE CENTER, INC.,      :
                                        :
                        Plaintiff,      :
        -v-                             :          19cv8622 (DLC)
                                        :
BRUCKNER TOWER LLC et al.,              :          ORDER
                        Defendants.     :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

    Having read the January 18, 2024 letter submitted by the defendants in this action and the January 22 response by the plaintiff, it is hereby

    ORDERED that the parties shall appear for a telephone conference on January 22, 2024 at 3:30 P.M. The parties shall use the following dial-in instructions for the telephone conference:

        Dial-in:       888-363-4749
        Access code:   4324948

    IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

    So ordered:

Dated:   New York, New York
         January 22, 2024

                                      _____
                                         DENISE COTE
                              United States District Judge