```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
FAIR HOUSING JUSTICE CENTER, INC.,        :
                                          :
                    Plaintiff,            :
          -v-                             :     19cv8622 (DLC)
                                          :
BRUCKNER TOWER LLC et al.,                :        ORDER
                    Defendants.           :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons stated on the record during the January 22, 2024 telephonic conference, it is hereby

ORDERED that the plaintiff shall produce contemporaneous time records documenting its attorneys' fees incurred as of January 5, 2024 prior to the parties' scheduled discussion on January 23.

IT IS FURTHER ORDERED that, should the plaintiff fail to produce such documentation, it may not recover any attorneys' fees incurred as of January 5, 2024.

IT IS FURTHER ORDERED that any claim for actual damages incurred as of January 10, 2024 is limited to the four pages

produced on that date reflecting tester compensation.

So ordered:

Dated:   New York, New York
         January 22, 2024

                              _____
                                      DENISE COTE
                              United States District Judge