```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
FAIR HOUSING JUSTICE CENTER, INC.,         :
                                           :
                         Plaintiff,        :
                -v-                        :         19cv8622 (DLC)
                                           :
BRUCKNER TOWER LLC et al.,                 :            ORDER
                         Defendants.       :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having read the January 26, 2024 letter submitted by the parties in this action, it is hereby

ORDERED the parties shall submit by February 16, 2024 a joint status letter regarding which, if any, issues remain to be resolved at trial.

IT IS FURTHER ORDERED that the plaintiff's requests to charge regarding any issues that remain to be tried as of February 16, 2024 shall be submitted by February 16, along with the legal authority for each request. The defendants' opposition is due March 1, 2024.

IT IS FURTHER ORDERED that the briefing schedule regarding plaintiff's legal entitlement to actual damages, as set forth in the December 12, 2023 Pretrial Scheduling Order, remains in

place.

Dated: New York, New York
January 29, 2024

                                            _____
                                                    DENISE COTE
                                   United States District Judge