```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
FAIR HOUSING JUSTICE CENTER, INC.,       :
                                         :
                         Plaintiff,      :
                -v-                      :       19cv8622 (DLC)
                                         :
BRUCKNER TOWER LLC et al.,               :          ORDER
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having read the parties' letters of January 29 and January 31, 2024, the parties are hereby

    ADVISED that should the plaintiff prevail at a trial and seek recovery of attorneys' fees, defendants will have an opportunity to be heard as to whether the fees requested are reasonable and whether they should be reduced for a failure to comply with an order of the Court.

Dated:    New York, New York
           January 31, 2024

                                        _____
                                             DENISE COTE
                              United States District Judge