UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
FAIR HOUSING JUSTICE CENTER, INC.,       :
                                         :
                            Plaintiff,   :
              -v-                        :      19cv8622 (DLC)
                                         :
BRUCKNER TOWER LLC et al.,               :         ORDER
                            Defendants.  :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

　　Having read the parties' February 16, 2024 joint letter, it is hereby

　　ORDERED that the January 24, 2024 Pretrial Scheduling Order remains in place.

　　IT IS FURTHER ORDERED that the March 13, 2024 final pretrial conference remains scheduled.

　　IT IS FURTHER ORDERED that the February 16, 2024 deadline to submit a joint status letter regarding any issues remaining to be resolved at trial is adjourned to March 8, 2024. Should the parties file the Consent Judgment on or before March 8, 2024, the Court will enter judgment accordingly.

Dated:    New York, New York
          February 16, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge